US District Court
District of South Dakota
(Southern Division)

G. MATT JOHNSON
LORA HUBBEL
  plaintiffs

VS

SHANTEL KREBS, in her official capacity as Secretary of State of South Dakota
  defendants

Civil Case # 4:18-cv-04108

MOTION TO PREVENT THE PRINTING of BALLOTS UNTIL THIS CASE IS HEARD

WRIT OF prohibition to enjoin the Secretary of State from printing ballots

## Statement of the Case

In Civ Case No. 14-4121, Judge Peirsol requested information as to when the Ballots for the 2014 general election were going to be printed. For the 2014 general election, which fell on November 4, 2014, the ballots in South Dakota were to begin printing on September 3, 2014. See page ID # 55 of Civ Case 4:14-cv-04121

Since the date for voting in 2018 will be November 6, 2018, two days later, one would expect the printing of the Ballots would begin on September 5 or thereabouts in 2018.

We the plaintiffs ask that Judge Karen Schreier would act to stop the printing of the Ballots until this case is heard. Respectively Submitted:

Lora Hubbel
4605 W Sraveland Ct
Sioux Falls SD 57106

*Lora Hubbel*

G. Matt Johnson
204 S. 7th Ave
Brandon, SD 57005

*G. Matt Johnson*

dated August 31, 2018