UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| G. MATT JOHNSON and LORA HUBBEL, <br><br>  Plaintiffs, <br> and <br><br> TERRY LEE LaFLEUR, <br><br>  Intervenor Plaintiff, <br><br> v. <br><br> SHANTEL KREBS, Secretary of State, in her official capacity, <br><br>  Defendant. | Civ.18-4108-RAL <br><br> SECOND AFFIDAVIT OF ANN F. MINES BAILEY |

I, Ann F. Mines Bailey, being first duly sworn upon oath, states as follows:

1. I am counsel of record for Defendant in the above-entitled action.

2. I am making a limited appearance in this matter for the purpose of contesting the jurisdiction of the Court.

3. Attached hereto as Exhibit G, per the Court's request, is a true and correct copy of the transcript of the state court proceedings in *Lederman v. Krebs, et al.*, 32 CIV 18-0000147, held in the Sixth Judicial Circuit in South Dakota before the Hon. Patricia J. DeVaney. I received this copy of the transcript from the court reporter on October 5, 2018.

4. To further assist the Court in reviewing what issues were before the state court in the underlying proceedings, I am also providing the following documents which were filed in conjunction with that state court proceeding:

- Exhibit H: Petitioner's Memorandum in Support of Application for Writ of Prohibition;
- Exhibit I: Secretary of State's Pretrial Brief;
- Exhibit J: Plaintiff LaFleur's Motion to Intervene and Affidavit in Support; and
- Exhibit K: South Dakota Supreme Court's Order Dismissing Appeal dated September 21, 2018.

Dated in Pierre, South Dakota this 15th day of October 2018.

_____
Ann F. Mines Bailey, Affiant

Subscribed and sworn to before me, a notary public, this 15th day of October 2018.

_____
Notary Public - South Dakota

(SEAL) CORI MOSER
NOTARY PUBLIC
State of South Dakota

My commission expires: 8-22-24

usdc_AFM G. Matt Johnson and Lora Hubbel and Terry LaFleur v. Shantel Krebs – Affidavit (cm)