UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| G. Matt Johnson, Pro Se and<br>Lora Hubbel, Pro Se<br>　　　Plaintiff,<br>vs.<br><br>Shantel Krebs, in her official capacity as<br>Secretary of State for South Dakota, and<br><br>Marty Jackley, in his official capacity as<br>Attorney General of South Dakota, et al<br>　　　Defendant(s),<br><br>vs.<br><br>Dr. Terry Lee LaFleur, in his official capacity<br>of candidate for Governor of the CPSD,<br>　　　Intervenor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. 18-4108<br><br>MOTION FOR SUMMARY |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**COMES NOW THE INTERVENOR**, Dr. Terry Lee LaFleur, in his official capacity as candidate for Governor, appearing attorney pro se, here in moves the Summary Judgment in accordance with FRCP § 56.

1.　　Intervenor asserts that there are no genuine issues of material fact remaining and that Intervenor is as a matter of law entitled to Summary Judgment in the above case.

2.　　Intervenor requests the Court take Judicial Notice that Ms. Lori Stacey filed a Statement of Organization on February 6, 2017 noticing the Secretary of State of the changes to the Central Committee structure.

1.

3. Intervenor respectfully requests this Court grant restitution by placing the "CPSD" back in the position it was in on February 2018 wherein this Court entered an Order allowing the "CPSD" to have continued enjoyment of the previous Order for the upcoming 2022 election year.

Respectfully Submitted,

*Dr. Terry Lee LaFleur*

Dr. Terry Lee LaFleur
4601 E. Clark St. Apt. 8
Sioux Falls, SD 57110
Attorney Pro Se
(605) 413-0274

PROOF OF SERVICE

The undersigned certifies that a true copy of the foregoing was served via U.S. Mail postage prepaid to each party or their attorney at their last known address on this 14th day of November 2018.

*Dr. Terry L. LaFleur*

Dr. Terry L. LaFleur

Copy To:

| Marty Jackley | Shantel Krebs | Lora Hubbel | Matt Johnson |
|---|---|---|---|
| 1302 E. Hwy 14 Ste.1 | 500 E. Capital | 4605 W. Graceland Ct. | 204 S 7th Ave. |
| Pierre, SD 57501 | Pierre, SD 57501 | Sioux Falls, SD 57106 | Brandon, SD 57005 |

2.